UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL C. STRABLE,

             Plaintiff,                      Case No. 2:17-cv-10913
                                              Magistrate Judge Anthony P. Patti

v.

NANCY A. BERRYHILL,

             Defendant.

_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 20), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 24) and AFFIRMING THE DECISION OF THE COMISSIONER OF SOCIAL SECURITY

Plaintiff, Michael C. Strable, brings this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying his applications for disability insurance and supplemental security income benefits. (DE 1.) Currently before the Court is Plaintiff's motion for summary judgment (DE 20), the Commissioner's cross-motion for summary judgment (DE 24), Plaintiff's reply (DE 25), and the administrative record (DE 17).

The parties have consented to my authority. (DEs 12-13.) A hearing was noticed for May 31, 2018. (DE 26.) On that date, Plaintiff's counsel (attorney

Wesley James Lamey) appeared in person, and counsel for the Commissioner (AUSA Jessica Tucker) appeared by telephone.

For the reasons stated on the record, Plaintiff's motion (DE 20) is **DENIED**, Defendant's motion (DE 24) is **GRANTED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated: May 31, 2018

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on May 31, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti