UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL C. STRABLE,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.
_____/

Case No. 2:17-cv-10913
Magistrate Judge Anthony P. Patti

## **JUDGMENT**

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on May 31, 2018,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT
                                            BY: s/Michael Williams
                                            Deputy Clerk

Approved:

s/Anthony P. Patti
ANTHONY P. PATTI
U.S. MAGISTRATE JUDGE